1
2
3
4
5
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  CAREN WINEGARNER, an individual,  ) Case No. 2:16-CV-01028 TLN-EFB
                                       )
11                                     ) **RELATED CASE ORDER**
                        Plaintiffs,    ) Related to Nos.:
12                                     ) 2:13-CV-02439 JAM-EFB
         v.                            ) 2:14-CV-01946 JAM-EFB
13                                     ) 2:14-CV—01957 JAM-EFB
                                       ) 2:14-CV-01960 JAM-EFB
14  RITE AID CORPORATION, and DOES 1   ) 2:14-CV-01961 JAM-EFB
    through 50, inclusive,             ) 2:14-CV-01963 JAM-EFB
15                                     ) 2:14-CV—01965 JAM-EFB
                                       ) 1:15-CV-01721 JAM-EFB
16                      Defendants.    ) 1:15-CV-01748 JAM-EFB
                                       ) 1:15-CV-01872 JAM-EFB
17                                     ) 1:15-CV-01874 JAM-EFB
                                       ) 2:15-CV-00429 JAM-EFB
18                                     ) 2:15-CV-00622 JAM-EFB
                                       ) 2:15-CV-00623 JAM-EFB
19                                     ) 2:15-CV-02150 JAM-EFB
                                       ) 2:15-CV-02396 JAM-EFB
20                                     ) 2:15-CV-02594 JAM-EFB
                                       ) 2:15-CV-02597 JAM-EFB
21                                     ) 2:16-CV-00174 JAM-EFB
                                       ) 2:16-CV-00211 JAM-EFB
22

    Examination of the above-entitled actions reveals that these
23
    actions are related within the meaning of Local Rule 123 (E.D. Cal.
24
    2005).  Accordingly, the assignment of the matters to the same
25
    judge and magistrate judge is likely to affect a substantial
26
    savings of judicial effort and is also likely to be convenient for
27
    the parties.
28
    ///

                                       1

1   The parties should be aware that relating the cases under
Local Rule 123 merely has the result that these actions are
assigned to the same judge and magistrate judge; no consolidation
of the actions is effected.  Under the regular practice of this
court, related cases are generally assigned to the judge and
magistrate judge to whom the first filed action was assigned.

   IT IS THEREFORE ORDERED that the District Judge assignment in
the action denominated 2:16-CV-01028 TLN-EFB be reassigned to
District Judge John A. Mendez for all further proceedings.
Henceforth, the caption on documents filed in the reassigned case
shall be shown as 2:16-CV-01028 JAM-EFB.

   IT IS SO ORDERED.

Dated:  May 18, 2016.                /s/ John A. Mendez
                                     JOHN A. MENDEZ
                                     United States District Judge