(*Counsel of record listed on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN WINEGARNER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants | No. 2:16-CV-01028 JAM-EFB<br><br>**STIPULATION TO VACATE MINUTE ORDER OF 01/17/18 (ECF 30) AND REINSTATE HEARING DATE ON RITE AID'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, ALTERNATIVELY, SET HEARING FOR NEXT AVAILABLE DATE**<br><br>Judge: Hon. John A. Mendez<br><br>Complaint filed: February 2, 2016<br>Trial date: None set |

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
matt@righettilaw.com
john@righettilaw.com
mike@righettilaw.com

Attorneys for Plaintiff

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
W. TUCKER PAGE (Cal. State Bar No. 306728)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com
tuckerpage@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

Plaintiff Caren Winegarner and defendant Rite Aid Corporation ("Rite Aid") hereby stipulate and respectfully request that the Court vacate its Minute Order of January 17, 2018 (ECF 30) and reinstate the January 30, 2018, hearing date on Rite Aid's motion for partial summary judgment (ECF 26). The parties did meet and confer on the issues in the motion prior to it being filed, and believe that the Court's ruling on Rite Aid's motion likely will expedite resolution of this action and four other related actions (involving five plaintiffs) before the Court, as well as prevent future motion practice in those related actions. In the event that January 30, 2018, is no longer available for the hearing, the parties respectfully request that the Court hear Rite Aid's motion on the next available hearing date. Rite Aid apologizes to the Court for omitting the required language regarding the pre-motion conference in its notice of motion.

In support of their request, the parties stipulate as follows:

1. Before Rite Aid filed its motion, the parties met and conferred regarding Rite Aid's position that *Fenley v. Rite Aid Corp.*, Santa Clara Superior Court No. 1-12-CV-2229127, did not toll the statute of limitations on Store Manager misclassification claims filed by plaintiffs' counsel, including this action. This included multiple substantive conversations in October 2017 and November 2017 and a notification by Rite Aid's counsel that Rite Aid would be filing a motion on the issue before this Court, and the anticipated hearing date.[*]

2. On November 14, 2017, Rite Aid filed its notice of motion for partial summary judgment, memorandum in support, statement of undisputed facts, and supporting declarations. (ECF 26.) Rite Aid noticed the motion for hearing on January 30, 2018.

3. On January 16, 2018, plaintiff filed her opposition, response to Rite Aid's statement of undisputed facts and plaintiff's statement of disputed facts, and supporting declarations. (ECF 29.)

4. On January 17, 2018, the Court issued a Minute Order (ECF 30) dismissing Rite Aid's motion without prejudice and vacating the noticed January 30, 2018, hearing, due to Rite Aid's non-compliance with the Court's directive in its May 18, 2016, Order (ECF 7-2) that the moving party

---

[*] Regarding the secondary issue in Rite Aid's motion regarding whether plaintiffs may assert claims for penalties for meal- and rest-period premiums through California Business and Professions Code 17200, the parties first litigated and conferred regarding this issue in approximately October 2016.

LEGAL_US_W # 92829175.1

include a statement that, "This motion is made following the conference of counsel pursuant to the Court's standing order which took place on [date of conference]."

5. Before (and after) Rite Aid's filing of its motion for partial summary judgment, counsel for the parties have discussed extensively the tolling issue central to Rite Aid's motion, and have been unable to reach a resolution that eliminates the need for a hearing.

6. Pursuant to the Court's September 12, 2017, Order, the dispositive motion deadline in this matter—and all other related matters (ECF 23) except *Larry Jones v. Rite Aid Corp.,* U.S.D.C., E.D. Cal., No. 2:17-cv-01527 JAM-EFB—is March 8, 2018, with a hearing deadline of April 9, 2018 (ECF 25). A ruling regarding Rite Aid's motion for partial summary judgment in this matter will likely avoid motion practice in those multiple other related actions before the Court on the same issues.

7. The parties therefore stipulate and respectfully request that the Court vacate its January 17, 2018, Minute Order and reinstate the January 30, 2018, hearing date on Rite Aid's motion for partial summary judgment. In the alternative, the parties request the earliest available hearing date that is convenient for the Court. A proposed order is submitted for the Court's convenience.

This stipulation is filed by Justin M. Scott. All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: January 19, 2018.   MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI GLUGOSKI, P.C.

By: */s/ Michael Righetti*
Michael Righetti
Attorneys for Plaintiffs

Dated: January 19, 2018.   JEFFREY D. WOHL
JUSTIN M. SCOTT
W. TUCKER PAGE
PAUL HASTINGS LLP

By: */s/ Justin M. Scott*
Justin M. Scott
Attorneys for Defendant Rite Aid Corporation

LEGAL_US_W # 92829175.1

| | |
|---|---|
| 1 | (*Counsel of record listed on next page*) |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | EASTERN DISTRICT OF CALIFORNIA |
| 10 | |

| | | |
|---|---|---|
| 11 | CAREN WINEGARNER, an individual | No. 2:16-CV-01028 JAM-EFB |
| 12 | Plaintiff, | **ORDER GRANTING STIPULATION TO VACATE MINUTE ORDER OF 01/17/18 (ECF 30) AND REINSTATE HEARING DATE ON RITE AID'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, ALTERNATIVELY, SET HEARING FOR NEXT AVAILABLE DATE** |
| 13 | vs. | |
| 14 | RITE AID CORPORATION, and DOES 1 through 50, inclusive, | |
| 15 | | |
| 16 | Defendants | Judge: Hon. John A. Mendez |
| 17 | | Complaint filed: February 2, 2016<br>Trial date: None set |
| 18 | | |

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone:    (415) 983-0900
Facsimile:    (415) 397-9005
matt@righettilaw.com
john@righettilaw.com
mike@righettilaw.com

Attorneys for Plaintiff


JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
W. TUCKER PAGE (Cal. State Bar No. 306728)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com
tuckerpage@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the Court's January 17, 2018, Minute Order (ECF 30) be and hereby is VACATED.

IT IS FURTHER ORDERED that the Court will hold a hearing on Rite Aid's motion for partial summary judgment (ECF 26) on February 13, 2018 at 1:30 p.m. Rite Aid's reply is due fourteen (14) days prior to the hearing.

Dated: January 19, 2018.

**/s/ JOHN A. MENDEZ**
John A. Mendez
United States District Court Judge